UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES G. PAULSEN, Regional Director of
Region 29 of the National Labor Relations Board,
for and on behalf of the NATIONAL LABOR
RELATIONS BOARD,

                    Petitioner,

    v.

RENAISSANCE EQUITY HOLDINGS, LLC, *et al.*,

                    Respondents.
-------------------------------------------------------------X

DECLARATION OF
PAUL D. CLEMENT
SUPPLEMENTING MOTION
TO ADMIT COUNSEL PRO HAC VICE

12-CV-350 (RRM) (VVP)

I, PAUL D. CLEMENT, declare as follows:

1. I am a partner of the law firm of Bancroft PLLC, which is located at 1919 M Street, NW, Suite 470, Washington, D.C. 20036.
2. I submit this declaration to supplement my motion to admit counsel *pro hac vice* (Dkt. No. 19) with the annexed Certificates of Good Standing from the Bars of Wisconsin and Virginia, which were issued within the past thirty days.

I declare under penalty of perjury that the foregoing is true and correct.

February 2, 2012

                                                    _____
                                                    Paul D. Clement
                                                    Bancroft PLLC
                                                    1919 M Street, NW, Suite 470
                                                    Washington, D.C. 20036
                                                    pclement@bancroftpllc.com
                                                    (202) 234-0090



**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

A. John Voelker
Acting Clerk

# CERTIFICATE OF GOOD STANDING

I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

**PAUL CLEMENT**

was admitted to practice as an attorney within this state on May 29, 2003 and is presently in good standing in this court.

Dated: January 31, 2012

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT PAUL ANDREW CLEMENT IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. CLEMENT WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 6, 1994,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued January 31, 2012*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER