UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES G. PAULSEN, Regional Director of
Region 29 of the National Labor Relations Board,
for and on behalf of the NATIONAL LABOR
RELATIONS BOARD,

                    Petitioner,

      v.

RENAISSANCE EQUITY HOLDINGS, LLC, *et al.*,

                    Respondents.
-------------------------------------------------------------X

DECLARATION OF
VIET D. DINH
CLARIFYING MOTION
TO ADMIT COUNSEL PRO HAC VICE

12-CV-350 (RRM) (VVP)

I, VIET D. DINH, declare as follows:

1. I am a partner of the law firm of Bancroft PLLC, which is located at 1919 M Street, N.W., Suite 470, Washington, D.C. 20036.
2. I submit this declaration pursuant to the Court's order directing clarification of my motion to admit counsel *pro hac vice*.
3. On January 31, 2012, I filed a motion for admission to practice *pro hac vice* in the above captioned matter. Although that notice of motion indicated that I am member of the Bars of the States of Wisconsin and Virginia, I am not a member of the bars of those states. Those bars were included in the notice in error.
4. I a member only of the Bar of the District of Columbia and as stated in my affidavit in support the motion I am a member in good standing that bar.

I declare under penalty of perjury that the foregoing is true and correct.

February 2, 2012

                                              _____
                                              Viet D. Dinh
                                              Bancroft PLLC
                                              1919 M Street, N.W., Suite 470
                                              Washington, D.C. 20036
                                              vdinh@bancroftpllc.com
                                              (202) 234-0090