UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------- X
JAMES G. PAULSEN, Regional Director of :
Region 29 of the National Labor Relations Board, :
for and on behalf of the NATIONAL LABOR :
RELATIONS BOARD :
: CASE NO. 12-CV-350 (RRM)(VVP)
                Petitioner, :
: ECF CASE
:
                v. :
: **NOTICE OF APPEARANCE**
RENAISSANCE EQUITY HOLDINGS, LLC; :
RENAISSANCE EQUITY HOLDINGS, LLCs :
A through G, d/b/a Flatbush Gardens, :
:
                Defendants. :
------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, James M. McGuire of Dechert LLP, hereby enter my appearance as counsel of record on behalf of Respondents Renaissance Equity Holdings, LLC and Renaissance Equity Holdings, LLCs A through G, doing business as Flatbush Gardens, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       February 1, 2012                     DECHERT LLP

                                                By: /s/ James M. McGuire
                                                   James M. McGuire
                                          1095 Avenue of the Americas
                                          New York, NY 10036-6797
                                          Tel: (212) 698-3500
                                          Fax: (212) 698-3599
                                          james.mcguire@dechert.com

                                          *Attorneys for Respondents Renaissance*
                                          *Equity Holdings, LLC and Renaissance Equity*
                                          *Holdings, LLCs A through G, doing business as*
                                          *Flatbush Gardens*